IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE ORZCO, and
COLORADO CROSS-DISABILIEST COALITION, A Colorado non-profit corporation,

Plaintiffs,

v.

CITY OF LAKEWOOD, COLORADO, including its Police Department, and
TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

Defendants.

## ORDER

This matter arises on the parties' **Unopposed Motion for Leave to File Second Amended Complaint** [Doc. # 19, filed 10/19/2010] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 19-1].

Dated October 21, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge