IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE OROZCO, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Non-profit Corporation,

    Plaintiffs,

v.

CITY OF LAKEWOOD, COLORADO, INCLUDING ITS POLICE DEPARTMENT, and
TED MINK, in his official capacity as Jefferson County Sheriff,

    Defendants.

**ORDER**

THIS MATTER comes before the Court upon review of Jefferson County Board of County Commissioner's Motion to Dismiss (Doc. No. 10), Plaintiffs' Second Amended Complaint (Doc. No. 22), and Plaintiffs' Response to Jefferson County Board of County Commissioner's Motion to Dismiss (Doc. 29).   It is therefore

ORDERED that Jefferson County Board of County Commissioners' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(5) (Doc. No. 10) is DENIED AS MOOT.

DONE AND SIGNED this   2nd   day of November, 2010.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
U.S. Circuit Court Judge
District of Colorado