IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE OROZCO, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Non-profit corporation,

Plaintiffs,

v.

CITY OF LAKEWOOD, COLORADO, INCLUDING ITS POLICE DEPARTMENT, and
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,
COLORADO, INCLUDING ITS COUNTY COURT AND SHERIFF'S OFFICE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Extend Scheduling Order Deadlines** [docket no. 38, filed December 28, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
        The parties shall designate all experts and provide opposing
        counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
        on or before **February 7, 2011**;

        The parties shall designate all rebuttal experts and provide
        opposing counsel with all information specified in Fed. R. Civ. P.
        26(a)(2) on or before **March 7, 2011**;

Discovery Cut-off:                              **March 25, 2011**;
Dispositive Motion Deadline:                    **April 25, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for May 11, 2011, is **vacated and reset to June 22, 2011, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 15, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj

United States Courthouse will be required to show a valid photo identification.  <u>See</u>
D.C.COLO.LCivR 83.2B.


DATED:  December 29, 2010