IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE ORZCO, and
COLORADO CROSS-DISABILITY COALITION, A Colorado non-profit corporation,

Plaintiffs,

v.

CITY OF LAKEWOOD, COLORADO, including its Police Department, and
TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

Defendants.

_____

## ORDER
_____

This matter arises on the following:

(1) Plaintiffs' **Motion for Leave to File Third Amended Complaint** [Doc. # 47, filed 2/15/2011] (the "Motion to Amend"); and

(2) **Second Joint Motion to Extend Scheduling Order Deadlines** [Doc. # 50, filed 2/25/2011] (the "Motion to Extend").

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 47] is GRANTED. The Clerk of the Court is directed to accept for filing the Third Amended Complaint [Doc. # 47-2]; and

(2) The Motion to Extend [Doc. # 50] is GRANTED, and the case schedule is modified to the following extent:

Discovery Cut-Off:            **May 25, 2011**

(All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:      **June 15, 2011**

Expert Disclosures:

(a)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 7, 2011**

(b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 7, 2011**

Dated March 2, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge