IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE OROZCO,
LEONID RABINKOV, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Non-profit corporation,

Plaintiffs,

v.

TED MINK, in his official capacity as Jefferson County Sheriff

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Vacate and Continue Pretrial Conference** [docket no. 56, filed March 3, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for June 22, 2011, is **vacated and reset to July 12, 2011, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 5, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: March 3, 2011