IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE OROZCO,
LEONID RABINKOV, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Non-profit corporation,

Plaintiffs,

v.

TED MINK, in his official capacity as Jefferson County Sheriff,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      1.     The **Joint Motion to Schedule Settlement Conference** [Doc. # 87, filed 5/17/2011] is GRANTED;

      2.     A settlement conference is set for **May 26, 2011, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel, only, need attend;

      3.     In anticipation of the settlement conference, counsel shall submit confidential settlement statements directly to my chambers. Each confidential statement shall not exceed ten pages.

DATED: May 19, 2011