IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01934-DME-BNB

ANNA MARIE ORZCO,
LEONID RABINKOV, and
COLORADO CROSS-DISABILITY COALITION, A Colorado non-profit corporation,

Plaintiffs,

v.

TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

Defendant.

___

## ORDER

___

I am informed that this case has been resolved.

IT IS ORDERED:

(1)    On or before **July 1, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a); and

(2)    **Plaintiffs' Motion for Class Certification** [Doc. # 64] and Plaintiffs' **Renewed Motion for Leave to File Fourth Amended Complaint** [Doc. # 70] are DENIED as moot.

Dated June 1, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge