IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-01934-DME-BNB

ANNA MARIE OROZCO,
LEONID RABINKOV, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

 Plaintiffs,

v.

TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado,

Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

THIS MATTER having come before the Court on the Parties' Stipulated Motion to

Dismiss With Prejudice, and the Court being fully advised in this matter, HEREBY ORDERS

that the motion is granted.  All claims against Defendant Ted Mink, in his official capacity as

Sheriff of Jefferson County, Colorado are hereby dismissed with prejudice.

THE COURT FURTHER ORDERS that Plaintiffs and Defendant shall each bear their

own costs and expenses, including attorney's fees.

DATED:   June 29  , 2011.

       BY THE COURT:

       *s/ David M. Ebel*
       David M. Ebel
       U.S. Circuit Court Judge, District of Colorado